UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AXEDA SYSTEMS OPERATING COMPANY, INC.,

Plaintiff,

v.

QUESTRA CORPORATION,

Defendant.

Civil Action No. 04-11477RWZ

RECEIPT # 56941
AMOUNT $ 150-
SUMMONS ISSUED ✓
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 6-29-04

MAGISTRATE JUDGE Bowler

## COMPLAINT AND DEMAND FOR JURY TRIAL

For its Complaint, the plaintiff, Axeda Systems Operating Company, Inc. ("Axeda"), alleges as follows:

### The Parties

1. Plaintiff Axeda Systems Operating Company, Inc. is a corporation organized and existing under the laws of Massachusetts and having a principal place of business at 21 Oxford Road, Mansfield, Massachusetts, within this judicial District.

2. The defendant, Questra Corporation ("Questra"), is, upon information and belief, a corporation organized under the laws of the State of New York, with a principal place of business at 333 Twin Dolphin Drive, Suite 220, Redwood City, California.

## Jurisdiction and Venue

3. This is an action for patent infringement, arising under the patent laws of the United States, Title 35 of the United States Code.

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b).

## Count I

6. Axeda Systems Operating Company, Inc. is the owner of United States Patent No. 6,757,714, entitled REPORTING THE STATE OF AN APPARATUS TO A REMOTE COMPUTER ("the '714 patent"). The '714 patent is valid and subsisting and in full force and effect.

7. Upon information and belief, Questra is infringing the '714 patent by making, using, offering to sell, and/or selling the patented invention in the United States. Upon information and belief, Questra is also infringing the '714 patent contributorily and by inducing others to infringe. Upon information and belief, this infringement will continue unless enjoined by the Court.

8. Upon information and belief, Questra will continue to infringe the '714 patent after receiving notice of its infringement, rendering the infringement willful.

9. Axeda has been damaged by Questra's infringement of the '714 patent.

**WHEREFORE**, Axeda prays that this Court:

A. Enter judgment that Questra has infringed the '714 patent;

B. Enter an order preliminarily and permanently enjoining Questra, its agents and employees, and any others acting in concert with it, from infringing the '714 patent;

C. Award Axeda their damages resulting from Questra's patent infringement pursuant to 35 U.S.C. § 284;

D. Find that Questra's infringement has been willful and increase the damages awarded to Axeda three times the amount assessed, pursuant to 35 U.S.C. § 284;

E. Find this to be an exceptional case and award Axeda their attorney's fees, pursuant to 35 U.S.C. § 285;

F. Award Axeda their prejudgment and post judgment interest on their damages;

G. Award Axeda their costs; and

H. Award Axeda such other and further relief as they deem just and appropriate.

Plaintiffs demand a trial by jury.

Dated: June 29, 2004

By its attorneys

Lawrence K. Kolodney (BBO #556,851)
Gilbert H. Hennessey (BBO #230,720)
Kevin M. Littman (BBO #643,285)
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Plaintiff
AXEDA SYSTEMS OPERATING COMPANY, INC.

20867488.doc