| FISH & RICHARDSON P.C. Lawrence K. Kolodney, Esq. 225 Franklin Street Suite 3100 Boston, Massachussets 02110 ATTORNEY FOR (*Name*): Plaintiff | (617) 542-5070 | | | |
|---|---|---|---|---|
| UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSSETS | | | | |
| PLAINTIFF: AXEDA SYSTEMS OPERATING COMPANY, INC. DEFENDANT: QUESTRA CORPORATION | | | | |
| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV.: | CASE NO.: 04-11477RWZ |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*): SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT AND DEMAND FOR JURY TRIAL; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; PLAINTIFF AXEDA SYSTEMS OPERATING COMPANY, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a) AND LOCAL RULE 7.3

2.     a. Party served: **Questra Corporation**

       b. Person served: **CT Corporation Systems, agent for service of process** (Service was received by Gladys Aguilera, Process Specialist)

       c. Address: **818 West Seventh Street, Second Floor Los Angeles, California 90017**

3. I served the party in item 2
   a. **by personally delivering** the copies    (1) on (*date*): **10/25/04**
                                                                (2) at (*time*): **04:21 p.m.**

4. **Witness fees were not demanded and were not paid.**

5. Person serving (*name, address, and telephone No.*):

**Nasser Abdallah**
**Ace Messenger and Attorney Service, Inc.**
811 Wilshire Boulevard, Suite 900
Los Angeles, California 90017
(213) 623-3979

    a. Fee for service: $
    d. Registered California process server.
       (1) Employee or independent contractor.
       (2) Registration No.: **3886**
       (3) County: **LOS ANGELES**

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: **October 26, 2004**

_____
(*signature*)

982(a)(15.1) [Rev. January 1, 1993]

**PROOF OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served by first class mail upon Alexander L. Brainerd, Esq. of 2775 Sand Hill Road, Menlo Park, CA 94025-7019 and Questra Corporation of 333 Twin Dolphin Drive, Suite 220, Redwood City, CA 94065 on October 27, 2004.

*[signature]*
Lawrence K. Kolodney

20964783.doc