UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXEDA SYSTEMS OPERATING COMPANY, INC.,<br><br>          Plaintiff,<br><br> v.<br><br>QUESTRA CORPORATION,<br><br>          Defendant. | Civil Action No.: <u>04-11477 RWZ</u> |

**ANSWER TO COMPLAINT; COUNTERCLAIMS OF DEFENDANT QUESTRA CORPORATION AND DEMAND FOR JURY TRIAL**

Defendant Questra Corporation ("Questra") answers the Complaint filed by Plaintiff Axeda Systems Operating Company, Inc. ("Axeda") as follows:

## ANSWER

1. Questra is informed and believes that the statements made in paragraph 1 are true, and on that basis admits the allegations.

2. Questra denies that it is a corporation organized under the laws of the state of New York. Questra admits the remaining allegations of paragraph 2.

3. Questra admits the allegations of paragraph 3.

4. Questra admits the allegations of paragraph 4.

5. Questra denies the allegations of paragraph 5.

6. Questra lacks information sufficient to form a belief as to the truth of the allegations in paragraph 6 and therefore denies the allegations of paragraph 6.

7. Questra denies the allegations of paragraph 7.

8. Questra denies the allegations of paragraph 8.

9. Questra denies the allegations of paragraph 9.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

Axeda's Complaint fails to state any claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

**(Invalidity)**

The claims of United States Patent No. 6,757,714 are invalid for failure to meet the requirements of the patent laws of the United States including, without limitation, 35 U.S.C. §§ 101, 102, 103 and 112.

### THIRD AFFIRMATIVE DEFENSE

### (Non-Infringement)

Questra has not infringed, contributed to the infringement of, or induced the infringement of any valid and enforceable claim of United States Patent No. 6,757,714.

### COUNTERCLAIMS

### The Parties

1.  Plaintiff Questra Corporation ("Questra") is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business in Redwood City, California.

2.  On information and belief, Defendant Axeda Systems Operating Company, Inc. ("Axeda") is a corporation organized and existing under the laws of the state of Massachusetts, with its principal place of business in Mansfield, Massachusetts.

### Jurisdiction and Venue

3.  Questra's counterclaims arise out of the same transaction or occurrence that is the subject matter of the claims made by Axeda, and do not require the presence of third parties over whom this Court cannot acquire jurisdiction for adjudication. This Court has subject matter jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

4.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), and 1400(b) because Axeda maintains an office and conducts business in this district.

### General Allegations

5.  On or about June 29, 2004, Axeda filed this lawsuit, alleging that Questra had infringed the '714 patent.

6.  Axeda alleges that it is the owner of the '714 patent.

7.  An actual and justiciable controversy exists between Questra and Axeda concerning the declaratory judgment counterclaims by virtue of the allegations of the Complaint and Answer in this action as to the infringement and validity of the '714 patent.

## FIRST CLAIM FOR RELIEF

### (Declaratory Judgment of Non-Infringement)

8. Questra repeats and alleges each and every allegation set forth in paragraphs 1 through 7 as if fully set forth herein.

9. Questra has not infringed, contributed to the infringement of, or induced the infringement of any valid and enforceable claims of the '714 patent.

10. Questra is entitled to a declaratory judgment that it has not infringed and does not infringe directly or indirectly, contributorily or by inducement, any claim of the '714 patent.

## SECOND CLAIM FOR RELIEF

### (Declaratory Judgment of Invalidity)

11. Questra repeats and alleges each and every allegation set forth in paragraphs 1 through 7 as if fully set forth herein.

12. Each claim of the '714 patent is invalid for failure to meet the requirements of the patent laws of the United States including, without limitation, 35 U.S.C. §§ 101, 102, 103, and 112.

13. Questra in entitled to a declaratory judgment that the '714 patent is invalid.

## JURY TRIAL DEMAND

Questra demands a trial by jury for all issues that may be so tried.

**WHEREFORE**, Defendant Questra Corporation prays:

1. Axeda Systems Operating Company, Inc. take nothing by way of its Complaint; and that the Complaint be dismissed with prejudice;

2. The Court grant Questra Corporation declaratory judgment that the '714 patent is not now, and has never been, infringed by Questra or by any other person using Questra's products anywhere in the United States, and that Questra has not induced infringement or contributorily infringed the '714 patent;

3. The Court grant Questra Corporation declaratory judgment that the '714 patent is

invalid, void and/or unenforceable against Questra;

    4.    For an award of costs and attorneys' fees against Axeda Systems Operating Company, Inc.; and

    5.    Questra Corporation be granted such other and further relief that this Court deems just and proper.

DATED: November 9, 2004        Respectfully submitted,

By /s/ Merton E. Thompson

Merton E. Thompson
BBO #637056
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110-1624
Telephone:   (617) 345-3697
Facsimile:   (617) 345-3299
mthompson@burnslev.com

Attorneys for Defendant
QUESTRA CORPORATION

Of Counsel for Questra Corporation

Heller Ehrman White & McAuliffe LLP
Alexander L. Brainerd
Keith R. Weed
2775 Sand Hill Road
Menlo Park, California 94025-7084
Telephone:   (650) 324-7000
Facsimile:   (650) 324-0638
00883584