IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXEDA SYSTEMS OPERATING COMPANY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QUESTRA CORPORATION,<br><br>    Defendant. | Civil Action No. 04-11477 RWZ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Questra Corporation has no parent corporation(s) or any publicly held company owning 10 percent or more of its stock. Questra Corporation is a Delaware corporation with its principal office at 333 Twin Dolphin Drive, Suite 220, Redwood City, CA, 94065-1416.

                                          Respectfully submitted,

                                          QUESTRA CORPORATION,
                                          By its attorneys,

Dated: November 9, 2004
                                          /s/ Merton E. Thompson
                                          Merton E. Thompson
                                          BBO #637056
                                          mthompson@burnslev.com
                                          BURNS & LEVINSON LLP
                                          125 Summer Street
                                          Boston, MA 02110-1624
                                          Tel: (617) 345-3697
                                          Fax: (617) 345-3299

SV 2077113 v1

00883587