UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AXEDA SYSTEMS OPERATING
COMPANY, INC.,

    Plaintiff,

v.

QUESTRA CORPORATION,

    Defendant.

Civil Action No. 04-11477 RWZ

## RULE 83.5.3 CERTIFICATE OF DUANE NASH

I, Duane Nash, hereby certify as follows:

1. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the state bar of California and the U.S. District Court for the Northern District of California.

3. As far as I know, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

Signed under the penalties of perjury, this 8th day of November, 2004.

_____
Duane Nash