UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXEDA SYSTEMS OPERATING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUESTRA CORPORATION, <br><br> Defendant. | Civil Action No. 04-11477 RWZ |

## DEFENDANT'S MOTION FOR ROBERT M. HANSEN TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Defendant Questra Corporation ("Questra"), by its counsel Merton E. Thompson, Esq., hereby moves that Attorney Robert M. Hansen ("Attorney Hansen"), of the law firm Heller Ehrman White & McAuliffe LLP, 2775 Sand Hill Road, Menlo Park, CA 94025-7084 (phone 650.324.7000; fax 650.324.0638), be allowed to appear on behalf of Questra and practice in this Court in the above-captioned action. As grounds for this Motion, Questra states as follows:

1. Attorney Hansen (1) is familiar with the Local Rules of the United States District Court for the District of Massachusetts; (2) is a member in good standing in every jurisdiction where he has been admitted, such jurisdictions including the state bar of Virginia; and (3) there are no disciplinary proceedings proceeding against him as a member of the bar in any jurisdiction. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Hansen is attached hereto as Exhibit 1.

2. Attorney Hansen is assisting with the defense of this action.

1

3.  Counsel for Questra has conferred with counsel for Plaintiff Axeda Systems Operating Company, Inc. in good faith to resolve the issues raised by this motion, and counsel for Plaintiff has informed counsel for Questra that he has no objection to Attorney Hansen being admitted *pro hac vice*.

4.  The within motion for admission is brought by Questra's counsel, Merton E. Thompson, a member of the Bar of this Court, who previously filed an appearance in the above-captioned action.

WHEREFORE request is made that this Court admit Attorney Hansen to appear and practice in this Court in the above-captioned case.

Respectfully submitted,

**QUESTRA CORPORATION,**
By its attorneys,

_____
Merton E. Thompson (BBO # 637056)
mthompson@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Tel: (617) 345-3697
Fax: (617) 345-3299

Dated: November 12, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 11/12/04

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for Questra, hereby certifies that he has conferred with Plaintiff's counsel in a good faith effort to resolve or narrow any issues related to this Motion.

_____
Merton E. Thompson

J:\Docs\26805\00000\00885024.DOC