UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXEDA SYSTEMS OPERATING COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUESTRA CORPORATION,<br><br>Defendant. | Civil Action No. <u>04-11477 RWZ</u> |

### RULE 83.5.3 CERTIFICATE OF ROBERT M. HANSEN

I, Robert M. Hansen, hereby certify as follows:

1. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the state bar of Virginia.

3. As far as I know, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

Signed under the penalties of perjury, this 9th day of November, 2004.

_____
Robert M. Hansen

SV 2077812 v1