UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AXEDA SYSTEMS OPERATING COMPANY, INC.,

  Plaintiff,

v.

QUESTRA CORPORATION,

  Defendant.

Civil Action No. <u>04-11477 RWZ</u>

## RULE 83.5.3 CERTIFICATE OF LESLIE F. BROWN

I, Leslie F. Brown, hereby certify as follows:

1. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the state bar of California, the U.S. District Court for the Northern District of California, the U.S. Court of Appeals for the Ninth Circuit and the U.S. Court of Appeals for the Federal Circuit.

3. As far as I know, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

Signed under the penalties of perjury, this 5th day of November, 2004.

_____
Leslie F. Brown