UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXEDA SYSTEMS OPERATING COMPANY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>QUESTRA CORPORATION,<br><br>    Defendant. | Civil Action No.: 04-11477 RWZ |

**JOINT MOTION FOR EXTENSION OF TIME FOR AXEDA TO REPLY TO COUNTERCLAIMS OF QUESTRA**

The parties jointly move to extend the date by which Axeda Systems Operating Company, Inc. must reply to Defendant Questra Corporation's Counterclaims to December 2, 2004. This change will not alter the date of any event or deadline already fixed by Court order.

Respectfully submitted,

Dated:  December 2, 2004 /s/ Kevin M. Littman

                                                Lawrence K. Kolodney (BBO #556,851)
Gilbert H. Hennessey (BBO #230,720)
Kevin M. Littman (BBO #643,285)
Thomas A. Brown (BBO #657,715)
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Attorneys for Plaintiff
AXEDA SYSTEMS OPERATING


Dated:  December 2, 2004 /s/ Merton E. Thompson

Merton E. Thompson (BBO #637,056)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone:  (617) 345-3697
Facsimile:  (617) 345-3299

Attorneys for Defendant
QUESTRA CORPORATION


Of Counsel for Questra Corporation

Heller Ehrman White & McAuliffe LLP
Alexander L. Brainerd
Keith R. Weed
2775 Sand Hill Road
Menlo Park, CA 94025-7084
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

20986051.doc