UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXEDA SYSTEMS OPERATING COMPANY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUESTRA CORPORATION,<br><br>　　　　Defendant. | Civil Action No.: 04-11477 RWZ |

**PLAINTIFF AXEDA SYSTEMS OPERATING COMPANY, INC.'S
REPLY TO COUNTERCLAIMS OF DEFENDANT QUESTRA CORPORATION**

　　　　In accordance with the Federal Rules of Civil Procedure, Axeda Systems Operating Company, Inc. ("Axeda") hereby responds to the Counterclaims filed by Defendant Questra Corporation ("Questra") as follows:

### COUNTERCLAIMS

**The Parties**

　　　　1.　　　Axeda lacks information sufficient to form a belief as to the truth of the allegations in paragraph 1 and therefore denies the allegations of paragraph 1.

　　　　2.　　　Admitted.

**Jurisdiction and Venue**

　　　　3.　　　Admitted.

4. Admitted.

## General Allegations

5. Admitted.

6. Admitted.

7. Admitted.

## FIRST CLAIM FOR RELIEF

### (Declaratory Judgment of Non-Infringement)

8. Axeda incorporates by reference its responses to the paragraphs referenced in this averment.

9. Denied.

10. Denied.

## SECOND CLAIM FOR RELIEF

### (Declaratory Judgment of Invalidity)

11. Axeda incorporates by reference its responses to the paragraphs referenced in this averment.

12. Denied.

13. Denied.

**WHEREFORE**, Axeda prays that this Court:

A. Enter judgment dismissing Questra's Counterclaims with prejudice;

B. Enter judgment that Questra take nothing by reason of its Counterclaims;

C. Enter judgment that Questra has infringed the '714 patent;

D. Enter an order preliminarily and permanently enjoining Questra, its agents and employees, and any others acting in concert with it, from infringing the '714 patent;

E. Award Axeda its damages resulting from Questra's patent infringement pursuant to 35 U.S.C. § 284;

F. Find that Questra's infringement has been willful and increase the damages awarded to Axeda three times the amount assessed, pursuant to 35 U.S.C. § 284;

G. Find this to be an exceptional case and award Axeda its attorney's fees, pursuant to 35 U.S.C. § 285;

H. Award Axeda its prejudgment and post judgment interest on its damages;

I. Award Axeda its costs; and

J. Award Axeda such other and further relief as it deems just and appropriate.

By its attorneys

Dated: December 2, 2004

/s/ Kevin M. Littman

Lawrence K. Kolodney (BBO #556,851)
Gilbert H. Hennessey (BBO #230,720)
Kevin M. Littman (BBO #643,285)
Thomas A. Brown (BBO #657,715)
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Plaintiff
AXEDA SYSTEMS OPERATING
COMPANY, INC.

20976358.doc