UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXEDA SYSTEMS OPERATING COMPANY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QUESTRA CORPORATION,<br><br>    Defendant. | Civil Action No.: 04-11477 RWZ |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Lynn Magnani
Corporate Counsel
AXEDA SYSTEMS OPERATING
COMPANY, INC.

_____
Lawrence K. Kolodney
Attorney for Plaintiff
AXEDA SYSTEMS OPERATING
COMPANY, INC.

Dated: December 20, 2004