UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXEDA SYSTEMS OPERATING COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUESTRA CORPORATION,<br><br>Defendant. | Civil Action No.: 04-11477 RWZ |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and duly authorized representative of Questra Corporation affirm that each party's counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

For Questra Corporation

_____
Emil Wang
President and CEO
Questra Corporation

Counsel for Questra Corporation

_____
Merton E. Thompson (BBO #637,056)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110-1624

Telephone: (617) 345-3697
Facsimile: (617) 345-3299