**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AXEDA SYSTEMS OPERATING COMPANY, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUESTRA CORPORATION,<br><br>　　　　Defendant. | Civil Action No.:  04-11477 RWZ |

## ASSENTED TO MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff Axeda Systems Operating Company, Inc. ("Axeda") hereby moves this Court for entry of the Stipulated Protective Order attached hereto as Exhibit A.  Counsel for Axeda has consulted with counsel for Defendant Questra Corporation ("Questra") and Questra assents to

this motion.

                                                                                   Respectfully submitted,

Date: February 28, 2005

                                                                             /s Lawrence K. Kolodney  
Gilbert H. Hennessey (BBO #230,720)  
Lawrence K. Kolodney (BBO #556,851)  
Kevin M. Littman (BBO #643,285)  
Michael H. Bunis (BBO #566,851)  
Thomas A. Brown (BBO #657,715)

FISH & RICHARDSON, P.C.  
225 Franklin Street  
Boston, MA  02110-2804  
Telephone:  (617) 542-5070  
Facsimile:  (617) 542-8906

Attorneys for Plaintiff  
AXEDA SYSTEMS OPERATING  
COMPANY, INC.