UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXEDA SYSTEMS OPERATING COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>QUESTRA CORPORATION,<br><br>Defendant. | Civil Action No.: 04-11477 RWZ |

FILED
IN CLERK'S OFFICE

2005 FEB 24  P 2: 31

DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

Michael H. Bunis, Esq. of the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, MA, 02110, hereby enters an appearance as attorney of record for Plaintiff, Axeda Systems Operating Company, Inc.

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
Michael H. Bunis
BBO# 566839
225 Franklin Street
Boston, MA  02110
Tel: (617) 521-7852
Fax: (617) 542-8906

## CERTIFICATE OF SERVICE

The hereby certify that a true and correct copy of the NOTICE OF APPEARANCE for Michael H. Bunis, Esq. was served by first class mail, postage prepaid on counsel for defendant, Merton E. Thompson, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110 on this 24th day of February, 2005.

_____

21011800.doc