UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXEDA SYSTEMS OPERATING COMPANY, INC.<br><br>       Plaintiff,<br><br>   v.<br><br>QUESTRA CORPORATION,<br><br>       Defendant. | Civil Action No.: 04-11477 RWZ |

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and an agreement settling disputes between Axeda Systems Operating Company, Inc. ("Axeda") and Questra Corporation ("Questra"), Axeda and Questra hereby agree and request that all claims and counterclaims in this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.



Dated: SEPTEMBER 20, 2005

_____
Gilbert H. Hennessey (BBO #230,720)
Lawrence K. Kolodney (BBO #556,851)
Michael H. Bunis (BBO #566,839)
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02111-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Attorneys for Plaintiff
AXEDA SYSTEMS OPERATING
COMPANY, INC.

Dated: SEPTEMBER 19, 2005

_____
Merton E. Thompson
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: (617) 345-3697
Fax: (617) 345-3299

Alexander L. Brainerd
Keith R. Weed
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Attorneys for Defendant
QUESTRA CORPORATION

IT IS SO ORDERED.

Dated: _____

_____
RYA W. ZOBEL
United States District Judge

2